UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RENALDO RAMON PRESSWOOD,

        Petitioner,                                  Case No. 21-cv-12878
                                                              Hon. Matthew F. Leitman

v.

RANDEE REWERTS,

        Respondent.
_____/

## ORDER (1) GRANTING PETITIONER'S MOTIONS TO RE-OPEN HABEAS ACTION AND TO AMEND HABEAS PETITION (ECF Nos 9, 10), (2) RE-OPENING CASE, AND (3) SETTING DEADLINES

Petitioner Renaldo Ramon Presswood is a state inmate in the custody of the Michigan Department of Corrections. In 2017, a jury in the Genesee County Circuit Court convicted Presswood of first-degree murder. The state trial court then sentenced Presswood to life in prison without parole.

On December 2, 2021, Presswood filed a *pro se* petition for a writ of habeas corpus in this Court pursuant to 28 U.S.C. § 2254. (*See* Pet., ECF No. 1.) In that petition, Presswood raised claims challenging the jury instructions, the conduct of the prosecutor, the admission of allegedly false evidence, the effectiveness of trial and appellate counsel, and his sentencing credit. (*See id.*) Before Respondent filed an answer and the state court record, Presswood moved to stay this case so that he could return to the state courts to exhaust a newly discovered evidence claim. (*See*

1

Mot., ECF No. 3.)   The Court granted that motion and stayed and administratively closed the case in January 2022. (*See* Order, ECF No. 7.)

On August 22, 2022, Presswood returned to this Court and filed motions to (1) re-open the case and (2) amend his habeas petition to add newly exhausted claims concerning the testimony of an accident reconstruction expert and the conduct of the prosecutor relative to the scientific evidence. (*See* Mots., ECF Nos. 9, 10.) Presswood has also filed an amended/supplemental habeas petition. (*See* Am. Pet., ECF No. 11.)

The Court has carefully reviewed Presswood's motions and concludes that this case should be re-opened.  Accordingly, the Court **GRANTS** Presswood's motions to re-open this case and to amend/supplement his habeas petition.  By no **February 28, 2023**, Respondent shall file an answer to the Amended Petition and file the relevant state court record.  Presswood shall file a reply brief by no later than **April 14, 2023**.  The Court makes no determination as to the procedural or substantive merits of Presswood's claims at this time.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 25, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 25, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126