UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RENALDO RAMON PRESSWOOD,

      Petitioner,                                Case No. 21-cv-12878
                                                          Hon. Matthew F. Leitman

v.

RANDEE REWERTS,

      Respondent.

_____/

## **ORDER GRANTING PETITIONER'S MOTION TO SUPPLEMENT REPLY BUT DENYING HIS REQUEST FOR EXPERT WITNESS FUNDS**

This is a habeas case brought pursuant to 28 U.S.C. § 2254. The matter is before the Court on Petitioner's motion to supplement his reply brief, which includes a request for funds to hire an accident reconstruction expert. ECF No. 18.

The motion to supplement the reply is **GRANTED**. The Court will consider Petitioner's supplemental reply when it reviews his claims.

In his supplemental reply, Petitioner requests funds for an accident reconstruction expert to support his claim that trial and appellate counsel were ineffective for failing to utilize such an expert witness. Having conducted a preliminary review of the pleadings, the Court is not yet persuaded that it would be appropriate to provide funds for an accident reconstruction expert. Accordingly,

the Court **DENIES** the request for expert witness funds and declines to appoint an accident construction expert at this time.

    **IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman  
                                                    MATTHEW F. LEITMAN  
                                                    UNITED STATES DISTRICT JUDGE

Dated: April 17, 2023

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 17, 2023, by electronic means and/or ordinary mail.

                                                    s/ Holly A. Ryan  
                                                  Case Manager  
                                                  (313) 234-5126