UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RENALDO RAMON PRESSWOOD,

       Petitioner,                          Case No. 21-cv-12878
                                                    Hon. Matthew F. Leitman

v.

BRYAN MORRISON,

       Respondent.

_____/

## **JUDGMENT**

The above-entitled action came before the Court on a petition and supplemented petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus, as supplemented, is **DENIED,** a certificate of appealability is **DENIED**, and leave to appeal *in forma pauperis* is **DENIED**.

                                                         KINIKIA ESSIX
                                                         CLERK OF COURT

                                            By:    s/Holly A. Ryan_____
                                                       Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated: September 30, 2025
Detroit, Michigan

1