UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RENALDO RAMON PRESSWOOD,

       Petitioner,

v.

                                      Case No. 21-cv-12878
                                      Hon. Matthew F. Leitman

BRYAN MORRISON,

       Respondent.

_____/

**ORDER (1) GRANTING PETITIONER'S APPLICATION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (ECF No. 27) AND (2) DENYING PETITIONER'S MOTION FOR A CERTIFICATE OF APPEALABILITY (ECF No. 28)**

      Petitioner Renaldo Ramon Presswood is a state inmate in the custody of the Michigan Department of Corrections. On September 30, 2025, the Court issued an order denying Presswood's petition for a writ of habeas corpus, denying him a certificate of appealability, and denying him leave to appeal *in forma pauperis*. (*See* Order, ECF No. 23.)

      Now before the Court are (1) Presswood's application to proceed *in forma pauperis* on appeal (ECF No. 27) and (2) Presswood's motion for a certificate of appealability (ECF No. 28). Upon further consideration, the Court concludes that Presswood could appeal the Court's ruling in good faith. Accordingly, the Court **GRANTS** Presswood leave to appeal *in forma pauperis*. However, for all of the

1

reasons explained in the Court's September 30 order, the Court adheres to its previous denial of a certificate of appealability. Presswood's motion for such a certificate is therefore **DENIED**.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:   October 27, 2025

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 27, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 231-5126